We'll hear the next case, Arrowhead Capital v. 7 Arts and Entertainment Hi, my name is Ray Markovich. I'm the attorney for the appellant in this case. I have a preliminary question for you. I'm not sure that we have appellate jurisdiction because I don't know that all the claims were finally resolved below. And what I mean by that is the plaintiff asserted claims for damages, causes of actions, 3, 4, 5, etc. Were those claims ever decided one way or another? Correct, Your Honor. They weren't. And the plaintiff was seeking damages? Yes, Your Honor. Were damages ever set, determined? I don't believe so, Your Honor. How do we have jurisdiction then? There was no 54B certification, no other certification for an interlocutory appeal, correct? I don't believe so, Your Honor. How do we have jurisdiction? Well, it was a final judgment, summary judgment. Was there a final judgment disposing of all the claims as required by Rule 54? I believe out of the eight claims, only two were decided by the district judge, yes. So how do we have jurisdiction if some of the claims were not decided? That's a good question, Your Honor. Are there matters still going on in the district court with regard to the remaining causes of action that weren't subject to the summary judgment? No, nothing, Your Honor. Is there discovery going on in the case at all? There has been discovery over the last several months, I believe. Relative to the remaining claims or relative to satisfaction of the judgments? Satisfaction, I believe. See, the thing that's troubling us is that there were times when the court was talking about and you were both, there were motions for partial summary judgment and then motions for summary judgment, and at the time that the court made the ruling with regard to the motion for summary judgment, it said partial summary judgment. And so it's not clear to us if there's work left to be done by the district court or whether everything is done. And if there's a judgment still to be determined with regard to financial responsibility, even if it's ministerial, it may well be that it's not a final judgment in that regard. So that's why we're asking about it. Judge Chin, I suspect at some point will, we're aware of it and we want to hear from you about it, so we're probably going to be asking you to give us your further thoughts in writing about that. But your view is that there is stuff still to be done in the district court? Not about discovery, about satisfaction of the judgment that your clients have been added to now. In terms of satisfaction of that judgment, are there things left to be done with regard to claims for which your client could be additionally liable for financial damages? I don't believe so, Your Honor. You don't believe so? I don't believe so. It was a very strange decision in that the district judge just ignored those claims. Well, with all due respect, Judge Fell is pretty able. It's a very strange case. I mean, it meanders all over the world and has a recalcitrant Mr. Hoffman who doesn't like to answer questions, and Judge Fell ultimately decided she'd had enough, and so she sanctioned you. And that's one of the issues you raised. But what we're still trying to figure out is if we don't have a final judgment, we don't think we can hear it necessarily. So I guess we'll hear more later. Well, we'll ask the other side. I mean, the point is there were claims for damages. Those claims were never resolved. Were they ever abandoned, dismissed? No, I don't believe so. The other six claims you mean? Yeah. And so that's the point, is usually we don't take piecemeal appeals. Usually we like the whole – I mean, putting aside the question of post-judgment enforcement, that's a different question. But it appears that there were claims in the case, in the complaint, that were never resolved or abandoned or dismissed. And so we'll hear from the other side, but why don't you go ahead and use whatever time you have left to address your points. Okay. Thank you, Your Honor. Did you have a question? So the point you raised, Your Honor, about this being a bit of a strange case, Hoffman and Mr. Golden have been battling each other for probably more than 10 years in various litigations in various jurisdictions. So that's part of where this comes from. Good for business. Yeah. Both of you are getting paid. All right, go ahead. Now, this action, though, should have been brought in California because the plaintiff would have had personal jurisdiction over both of the defendants in California. But what about the sanctions? I mean, I don't know if it matters. I mean, the court issued several sanctions orders. I don't know that it matters if venue was not proper. I mean, the answers were stricken in the end, or at least one of them was. Okay. Well, I think we need to step back. Was there an abuse of discretion in imposing the sanctions given all of the failures to comply with discovery? Well, Your Honor, my client produced over 4,000 pages, I believe, in discovery, which is a lot. It doesn't matter what he produced. What did he not produce? I mean, he may have produced 4,000 pages. Were there thousands more pages that he was supposed to produce and he did not? No, but, Your Honor, what you have here is a company that was floundering, was operating out of his house at the time. He had really no staff left. There was a CEO and a CFO who didn't even live in the same state. They operated by telephone. They were not involved at all at the time that the transaction that underlies this whole dispute took place. They came in many years later. So there just weren't the resources at the company level to be able to do much of anything. And he still managed to produce over 4,000 pages, I believe, of document discovery in this case. But I think we need to step back a little bit, Your Honor, to the problems with the first amended complaint because I believe that was one of the factors. I believe we did produce some bank statements. I think it was a dispute over additional bank statements from other banks. I think there had been several banks over the years, and my client didn't have access or didn't have the statements anymore. But he ended up, I believe, signing a letter to the bank, allowing the bank to release to Mr. Golden. But I just want to circle back to the pleading problem that this first amended complaint didn't plead to cargo factors. And Mr. Golden needed the cargo factors pled in order for there to even be personal jurisdiction over these defendants. So the case should have been dismissed, and the judge should have allowed him to replead and plead either CPLR 5225 or the cargo factors or both. Now, he would have failed if he pled 5225 because of the automatic stay, and he would have failed on the de facto merger doctrine because of claim preclusion. There was already a case. So he tried to split the middle and avoid getting knocked out on those two factors. And Judge Faila allowed him to do that and effectively treated it as if his complaint was amended even though it wasn't. If you take a look at the basis, the general allegations in the complaint that Judge Faila used, they're on 829 to 831. Nothing in there is a cargo factor specifically pled as a cargo factor, which was necessary. All right. You're out of time. You have three minutes for rebuttal. Thank you. Let's hear from the other side. May it please the Court, my name is Barry Golden. I'm counsel for the Appellee Arrowhead Capital Finance, LTD. Your first question has been one of jurisdiction over this appeal. Remember, of course, that we didn't bring the appeal. We're the appellee. Nonetheless, the other counts in the complaint are essentially redundant at this point with the ---- In those claims, the third cause of action, for example, you asked for damages of no less than $2.5 million. Whatever happened to that claim and the other similar claims? It's at this point moot because we have been granted declaratory judgment. Were they dismissed? Were those claims ever dismissed at all? No, they weren't dismissed. Did you ever abandon them? No, we didn't abandon them. How do we have jurisdiction? I'm not asserting that you do, but I'm merely telling you ---- Well, do you have a view as to whether we have jurisdiction? My view is I'd like to get this done and moved on, which I know is not necessarily what pertains to you. Well, if we don't have jurisdiction and we don't have discretion, then we don't have jurisdiction. So that's what we need to figure out. Which is my suggestion, that those other claims now are moot and that to send this back to Judge Phelop. Are you now, on behalf of your client, abandoning any and all claims for damages? No, because we have a ---- If you're not abandoning them, then how is it moot? Because we have a declaratory judgment that these defendants are liable on the State Court judgment jointly and severally. But your complaint sought damages above, not less than, 2.5. And that ---- So it suggested that you wanted something above the State Court judgment, number one. Number two, when was the State Court judgment entered, approximately? October of 2012. Yes. All right. So has interest run in five years? Yes. How much is the interest? The State Court judgment was, as I remember, $2.3 million. With interest, it's well over 2.5 million. And what rate is used to set that interest? Is it a CPLR rate? Is there any disagreement about it? The point is those things are still haven't been decided. I would assume it's the CPLR rate, because we're asking that they be held liable under the ---- You're not ---- I didn't mean to interrupt your answer to Judge Shin's question. Finish your ---- I would assume it's the CPLR rate, because we were asking for declaratory judgment, that they're bound under that judgment. Your claims are for enforcement of the judgment only. Is that it? Is that where you get your $2.5 million? Yes. You wish to? So your whole effort has been to ultimately cast the successor corporations, or the corporations that Judge Fehl ultimately determined were merged within the original three defendants, and seek to have their assets then available for satisfaction of the judgment. Is that it? Absolutely correct. That's the core of what you're asking for? Absolutely. Have you asked for damages that are independent as a result of some kind of fraudulent transfer or other matters? No. Do you ask for attorney's fees? Yes. And have those attorney's fees been ---- and that's pursuant to the promissory notes provision? Yes. Have you an application from Judge Fehl with regard to attorney's fees to date? No. We have been awarded part of those attorney's fees in connection with the various sanctions awards, though. I understand that. Have amounts been set? For the sanctions award, yes. For the attorney's fees. And are there continuing claims for attorney's fees? At this point, we wouldn't press those claims, Your Honor. So you've got the declaratory judgment. Are you back in state court looking for assets in New York or elsewhere? We have been in the federal court. Okay. Before Judge Fehl, we've had post-judgment discovery. Okay. Some of it we got. Some of it, of course, we still haven't gotten. So you say you would be satisfied with simply enforcing the state court judgment. But the complaint does seek additional damages. And that's why I'm asking, are you abandoning any claims for additional damages above the state court judgment? Yes. At this point, we would. Do you have approval from your client to do that? Yes. Okay. Well, in essence, that separate claim was, I don't want to say inartful I mean, you didn't really have an independent cause of action or a claim against them for something separate and apart from paying on the judgment, did you? No. I mean, the essence of the complaint has always been to get these successors liable on the state court judgment. Okay. So I'd like to address the question that Judge Cote, if I mispronounce your name, please forgive me, asked about the bank statements. And that was very much the essence of the case. Because what we were trying to do is track what happened to our collateral and the collateral proceeds. Remembering then under the promissory note in the master agreement, all the monies that came in from films, from taxes, from tax rebates, tax credits, all the other kinds of ancillary monies that came in were supposed to be deposited in a lockbox account at Chase Manhattan Bank in here in New York, which of course is also a jurisdictional matter. And to this date, not a penny has ever been deposited, although millions of dollars were collected. And the reason we had difficulty dealing with that is because when the action was in state court, the defendants then refused to produce any discovery as to what happened to those monies. And then when I filed in this Federal Court, in Federal Court, in this very building, again, the defendants refused to state what happened to any of those monies and refused to turn over the bank statements and refused to tell us where the bank accounts were, because the bank accounts had been changed from where they were supposed to be in the lockbox. So for years, we have been chasing what happened to the bank statements. And at finally, Judge Fala, and she has the patience of a saint to have put up with this, because many other judges would have bounced these people several months in. We had years of this before we finally got the bank statements. We didn't get them because Mr. Hoffman signed an authorization. Finally, he gave us some of the names, not complete names of the banks and account numbers for the bank statements, and we were able, finally, once we had those, to subpoena them. And by the time we got them, we had already missed several trial dates because we still hadn't gotten them. We still do not know what happened to all the monies, but we do know that we never got a penny of all the millions of dollars that were collected. And we also know that this isn't the first time Mr. Hoffman and his companies have pulled this kind of a stunt. They have been doing the same things for years. They wait until they're held in contempt. Then when they're held in contempt, they appeal the contempt. And only after they are of the contempt is affirmed, in a number of the cases I've had to deal with them, do they finally turn over anything. In this case, even after Judge Fela held them in contempt, they still didn't turn over the bank statements. They never turned over the bank statements. I had to get them once I got at least some of the account numbers from the banks themselves. Now, there's also been an issue raised about there some kind of a stay in bankruptcy court. There was never a stay in bankruptcy court with respect to any of these defendants. And I have, in fact, the Bankruptcy Court order that closed the case against PLC, which was one of the — In Louisiana, then? That was Louisiana. It was a Chapter 15 case. Right. I asked them, when they filed the joint appendix here, to include that in the joint appendix, and they didn't the first time. Then we did a motion to strike their appendix because it was incomplete. And I again listed this as a document that's to be included in the joint appendix, and they didn't include it. So finally, I asked for leave of the Court because we were going in circles, and got leave from this Court to file that document. You have it in your supplemental Appendix 8. And to say that the bankruptcy wasn't closed, this is an order. If you want, I can pass it out to you. It's entitled, Order Closing Case Pursuant to Bankruptcy Rule 5009C. That's the caption. On the second page of it, it says, it is ordered that the above-captioned Chapter 15 case is hereby closed pursuant to Bankruptcy Rule 5009C. It's page 8 of the supplemental appendix. Correct. Pages 8 and 9. I mean, I don't know what can be clearer. But it's characteristic of what we've been seeing all the way — Are you asking us to sanction your opponent under Rule 11? Yes. Okay. If we have jurisdiction? Yes. Because of a conscious misrepresentation? Absolutely. Fair enough. If you have any other questions, I'll address them. Otherwise, sit down. Thank you. We'll hear the rebuttal. About pages 8 and 9 of the supplemental appendix, Mr. Monfort. Are you admitted to practice at the Second Circuit? I'm sorry, sir? Are you admitted to practice here? Yes, sir. Okay. Concerning the bankruptcy document — Yeah, concerning pages 8 and 9. Why don't you concern yourself with that? Sure. And what you said in your brief. Okay. Thank you. Okay. Please note the date on this. It's 11-23-2015, which is, I believe, after this action was commenced. And our arguments about the stay were made prior to that, number one. I understand that, but now that the stay is no longer around, why would you argue that it still should be stayed? No, but the English company is still in proceedings in the U.K. All right. So that hasn't terminated. Okay. Go ahead. Okay. So Mr. Golden conveniently ignored the problems with the First Amendment complaint that he failed to plead what he needed to plead in order for this case — We would have a lot better time of this if Mr. Hoffman would simply answer questions. This case has languished for a long time in front of a very patient district court judge who finally, through frustration, held your client in contempt. And because of his refusal to produce documents clearly within his control and his excuses with regard to, like, some of the people that were working for him not answering,  I understand, Your Honor. Okay. Well, you know, and you're in this too because you're representing him throughout this and making representations to this court and to Judge Phelan. But, Your Honor, I don't think it was a misrepresentation concerning the automatic stay. If we have jurisdiction about this, this is a serious matter. We'll see if we have jurisdiction. Okay. Thank you. All right. So we would—the parties shall submit letters addressing the question of whether we have appellate jurisdiction over this case in light of the fact that there has been no final disposition of all the issues. There are some claims that apparently were never finally resolved. Do we have jurisdiction? Do we have any discretion? I'm hearing that the plaintiff is abandoning any claims for damages above the amount of the state court judgment. The plaintiff should confirm that. I heard counsel give up any claims for further attorney's fees beyond what the district court has already set. That should be confirmed. Does the abandonment of those claims for damages somehow give us jurisdiction, or must there be an order entered by the district court to dismiss those claims? All right. Seven pages, double-spaced, one week from tomorrow. And we will reserve decision in the meantime. Thank you.